THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re: *Ex Parte* Application of BROADCOM CORPORATION and AVAGO TECHNOLOGIES INTERNATIONAL SALES PTE. LIMITED,<br><br>Applicants,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceeding | No. 2:19-mc-00060-RSL<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782**<br><br>Noting Date:  June 12, 2019 |

STIPULATED MOT. FOR EXTENSION OF TIME TO
RESPOND TO § 1782 APPLICATION
CASE NO. 2:19-MC-00060-RSL

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

Applicants Broadcom Corporation and Avago Technologies International Sales Pte. Limited filed on May 28, 2019 an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 for leave to obtain discovery from Respondents Nintendo of America Inc., Nintendo Technology Development Inc., and Nintendo Software Technology Corporation. (Dkt. No. 1 ("Application").) Respondents' deadline to file a response and opposition to the application is currently set on Thursday, June 13, 2019. (Dkt. No. 4, at 2.)

Applicants and Respondents hereby stipulate to and agree to extend the time for Respondents to respond and/or oppose the Application by seven days. The parties stipulate that the purpose of this extension is to provide an opportunity for the parties to discuss the scope of the Application and determine whether a dispute regarding the Application can be avoided. Pursuant to LCRs 10(g), 7(d)(1), 7(j), and 6, and Federal Rule of Civil Procedure 6, Applicants and Respondents respectfully request that the Court enter an order extending Respondents' deadline to respond to and/or oppose the application to June 20, 2019. Good cause exists for the proposed seven-day extension to allow the parties to discuss whether an agreement can be reached regarding the scope of the Application, and to allow Respondents' counsel additional time to review the Application and related filings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: June 12, 2019

| COOLEY LLP | CALFO EAKES & OSTROVSKY PLLC |
|---|---|
| By: /s/ Christopher B. Durbin<br>Christopher B. Durbin (WSBA #41159)<br>1700 Seventh Avenue, Suite 1900<br>Seattle, WA 98101-1355<br>Tel.: (206) 452-8700<br>Fax: (206) 452-8800<br>Email: cdurbin@cooley.com<br><br>*Attorneys for Respondents* NINTENDO OF AM. INC., NINTENDO TECH. DEVELOPMENT INC., *and* NINTENDO SOFTWARE TECH. CORP. | By: /s/ Damon Clay Elder (by permission)<br>Damon Clay Elder (WSBA #46754)<br>Nathan Bays (WSBA #43025)<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101-3808<br>Tel.: (206) 407-2200<br>Fax: (206) 407-2224<br>Email: damone@calfoeakes.com<br>         nathanb@calfoeakes.com<br><br>*Attorneys for Applicants* BROADCOM CORP. *and* AVAGO TECHS. INT'L SALES PTE. LTD. |

STIPULATED MOT. FOR EXTENSION OF TIME TO
RESPOND TO § 1782 APPLICATION
CASE NO. 19-MC-00060-RSL

2

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700

1  PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

3  Dated: June 13, 2019

_____
Honorable Robert S. Lasnik
United States District Court Judge

STIPULATED MOT. FOR EXTENSION OF TIME TO
RESPOND TO § 1782 APPLICATION            3
CASE NO. 2:19-MC-00060-RSL

COOLEY LLP
1700 SEVENTH AVENUE, SUITE 1900
SEATTLE, WA 98101-1355
(206) 452-8700